IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD PHILLIPS, in his capacity as administrator of the ESTATE OF TROY PHILLIPS; TIFFANY PHILLIPS,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**COUNTY OF FRESNO; MARGARED MIMS; TOM GATTIE; RICK HILL; CORRECTIONAL OFFICER L. HER #9899; CORRECTIONAL OFFICER K. YANG; CORRECTIONAL OFFICER CASTRO; JOHN DOE AND RICHARD ROE, individually and in their capacities as correctional officers of the Fresno County Sheriff's Department, the exact numbers of whom are unknown to plaintiffs at this time; EDWARD MORENO M.D.; GEORGE LAIRD; PRATAP NARAYAN; NANCY POE and CARL COE, individually and in their capacities as health care workers in the Fresno County jail system, the identities and exact numbers of whom are unknown to plaintiffs at this time; DOES 1-50**,<br><br>Defendants. | 1:13-cv-0538 AWI BAM<br><br>**ORDER VACATING HEARING DATE OF JULY 22, 2013, AND TAKING MATTER UNDER SUBMISSION** |

In this action for damages, defendants County of Fresno, et al. ("Defendants") have moved to dismiss the complaint of plaintiff Richard Phillips ("Plaintiff"). The matter was scheduled for oral argument to be held on July 22, 2013. The Court has reviewed Defendants'

---

JOINT PRETRIAL CONFERENCE STATEMENT     CASE NO.: 1:10-CV-1203-AWI-JLT

Motion, Plaintiff's opposition, Defendants' reply, the accompanying documents, and the applicable law, and has determined that the Motion is suitable for decision without oral argument.  Local Rule 78-230(h).

        Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 22, 2013, is VACATED, and no party shall appear at that time.  As of July 22, 2013, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   July 17, 2013

_____
SENIOR DISTRICT JUDGE