IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PHILLIPS, in his capacity as the administrator of the ESTATE OF TROY PHILLIPS,; TIFFANY PHILLIPS,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF FRESNO; MARGARET MIMS; CORRECTIONAL OFFICER L. HER # 9899; CORRECTIONAL OFFICER CASTRO; JOHN DOE AND RICHARD ROE, individually and in their official capacities as correctional and classification officers of the Fresno County Sheriff's Department; EDWARD MORENO, M.D.; GEORGE LAIRD; PRATAP NARAYAN; NANCY POE and CARL COE, individually and in their official capacities as health care workers in the Fresno County jail system; and DOES 1-50,<br><br>Defendants. | 1:13-cv-0538  AWI BAM<br><br><br>ORDER VACATING HEARING DATE OF FEBRUARY 24, 2014, AND TAKING MATTER UNDER SUBMISSION |

    In this action for damages, defendants County of Fresno, et al. ("Defendants") have noticed a motion to dismiss the First Amended Complaint of plaintiffs Richard Phillips as administrator of the estate of Troy Phillips and Tiffany Phillips ("Plaintiffs").  The matter was scheduled for hearing on Defendant's motion to be held on February 24, 2014.  The court has

reviewed Defendant's motion, Plaintiff's opposition and Defendant's reply and has determined that the matter is suitable for decision without oral argument. Local Rule 78-230(h).

THEREFORE, it is hereby ORDERED that the hearing date of February 24, 2014, is hereby VACATED and no party shall appear on that date. As of February 24, 2014, the court will take the matter under submission and will thereafter render its decision.

IT IS SO ORDERED.

Dated: February 19, 2014

_____
SENIOR DISTRICT JUDGE