Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, Suite 600
San Jose, California 95113
408-286-5150

Peter C. Grenier (*pro hac vice*)
GRENIER LAW GROUP PLLC
1400 L Street, NW
Suite 420
Washington, DC 20005
202-768-9600

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| **RICHARD PHILLIPS, in his capacity as administrator of the ESTATE OF TROY PHILLIPS; TIFFANY PHILLIPS,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**COUNTY OF FRESNO,** *et al.*<br><br>**Defendants.** | Case No. 1:13-cv-00538-AWI-BAM |

**STIPULATED REQUEST FOR**

**EXTENSION OF DISCOVERY DEADLINES;**

**ORDER**

Pursuant to the Federal Rules of Civil Procedure, the Parties hereby stipulate to and request a modification of the scheduling order, and state as follows:

1. The Amended Scheduling Conference Order (Dkt. 55) in this case was entered on August 5, 2014 and sets the following deadlines:

**Discovery Deadlines:**
| | |
|---|---|
| Initial Disclosures: | Completed |
| Expert Disclosures: | December 1, 2014 |
| Supplemental Expert Disclosures: | December 15, 2014 |
| Non-Expert Discovery | January 1, 2015 |
| Expert Discovery | January 26, 2015 |

**Motion Deadlines:**
| | |
|---|---|
| Non-Dispositive Filing: | January 26, 2015 |
| Dispositive Filing: | February 24, 2015 |

**Settlement Conference:**     Not Set

**Pre-Trial Conference:**
May 6, 2015 at 8:30 AM
Courtroom 2, 8th Floor

**Trial**
June 23, 2015 at 8:30 AM
Courtroom 2, 8th Floor
Jury Trial: 10 days estimated

2. The Amended Scheduling Order further states that "if the parties determine at any time that the schedule outlined in this order cannot be met, counsel are ordered to notify the Court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference." *See* Dkt. 55, at 5. The Amended Scheduling Order further states that stipulated extensions must include affidavits or declarations, and where appropriate attached exhibits. *See id.*, at 6.

3. Since the Amended Scheduling Order was issued on August 5, 2014, discovery has continued in this case. In particular, each party has served discovery requests on the other

parties. The parties are now working on their responses to these requests.

4. Also, since that time, Plaintiff's lead counsel in this case, Peter C. Grenier, changed firm affiliations. As a result of this change, Plaintiff's counsel respectfully requested, and Defendants have stipulated to, a 45 day extension of all Discovery Deadlines listed above, including the deadlines for:

    a. Expert Disclosures (to January 15th);

    b. Supplemental Expert Disclosures (to January 29th);

    c. Non-Expert Discovery (to February 16th); and

    d. Expert Discovery (to March 12th).

5. The Parties previously sought to have a teleconference with the Court in regards to this request, which was scheduled to occur on October 16, 2014.

6. In furtherance of that teleconference, and pursuant to this Court's procedures, Plaintiff submitted a letter to the Court by email, outlining Plaintiff's request for additional time to pursue discovery on October 14, 2014.

7. Subsequently, on October 15, 2014, the Court determined that there was no need for a hearing, and ORDERED the Parties to execute and file a Stipulation and Proposed Order, and took the teleconference off the calendar.

8. Accordingly, per the Court's Order, the Parties hereby SUBMIT that good cause for an extension has been shown in this case because:

    a. Plaintiff's lead counsel in this case, Peter C. Grenier, changed firm affiliations.

    b. After more than fifteen years at his prior firm, Mr. Grenier left Bode & Grenier LLP to start a new firm known as Grenier Law Group PLLC, which is now Plaintiff's counsel in this case.

     c.  A Notice of Change of Firm Affiliation announcing this change was filed in this case on October 14, 2014. *See* Dkt. 58.

     d.  As a result of this change, which was accompanied by an office move, the transfer of all case files from one location to another (amounting to more than 75 banker's boxes worth of material), the hiring of new staff, the purchase of new computing equipment, and a myriad of other technical and logistical issues, Plaintiff has requested, and Defendants have stipulated to, additional time to pursue discovery, including fact and expert discovery.

     e.  The Parties previously stipulated to modify the scheduling order on July 14, 2014, which was granted via the August 5, 2014 Amended Scheduling Order.

     f.  Parties have agreed to a 45 day extension of all Discovery Deadlines, as defined and set forth previously.

     g.  No Party will be prejudiced by this Extension.

     h.  No other deadlines, including the Motion Deadlines, Pre-Trial Conference, or Trial need be rescheduled at this time.

9.  Pursuant to the Amended Scheduling Order, an affidavit has been attached to this stipulation documenting the facts above as well as further information constituting GOOD CAUSE for an extension in this case.

Dated: October 15, 2014

                                          Respectfully submitted,

                                          /s/ Anthony Boskovich 10/15/2014
                                          Anthony Boskovich
                                          Peter C. Grenier (*pro hac vice*)
                                          Attorneys for Plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/ James Arendt 10/15/2014
James Arendt
Attorney for Defendant

**CERTIFICATE OF SERVICE**

The undersigned affirms that the foregoing document was served via the Court's efile system upon all counsel of record in this matter on October 15, 2014.

/s/ Anthony Boskovich
Anthony Boskovich

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| RICHARD PHILLIPS, in his capacity as administrator of the ESTATE OF TROY PHILLIPS; TIFFANY PHILLIPS,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF FRESNO, *et al.*<br><br>Defendants. | Case No. 1:13-cv-00538-AWI-BAM<br><br>ORDER |

Upon consideration of the Stipulated Request for Extension of Discovery Deadlines, hereby ordered that, GOOD CAUSE having been shown, the Stipulated Request for Extension of Discovery is GRANTED. The new discovery deadlines are as follows:

**Discovery Deadlines:**
| | |
|---|---|
| Initial Disclosures: | Completed |
| Expert Disclosures: | January 15, 2015 |
| Supplemental Expert Disclosures: | January 29, 2015 |
| Non-Expert Discovery | February 16, 2015 |
| Expert Discovery | March 12, 2015 |

All other dates remain unchanged.

IT IS SO ORDERED.

Dated: **October 16, 2014**         /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE