1  James D. Weakley, Esq.        Bar No. 082853
   James J. Arendt, Esq.         Bar No. 142937
2

3            Weakley & Arendt, LLP
        1630 East Shaw Ave., Suite 176
4          Fresno, California 93710
          Telephone: (559) 221-5256
5          Facsimile: (559) 221-5262
            James@walaw-fresno.com
6            Roy@walaw-fresno.com

7  Attorneys for Defendants, COUNTY OF FRESNO, MARGARET MIMS, TOM GATTIE,
   RICK HILL, LUE HER, KONG YANG, BRANDON CASTRO, EDWARD MORENO,
8  GEORGE LAIRD AND PRATAP NARAYAN

9              **UNITED STATES DISTRICT COURT**

10       **FOR THE EASTERN DISTRICT OF CALIFORNIA**

11 RICHARD PHILLIPS, in his capacity as the    ) CASE NO. 1:13-CV-00538 AWI BAM
   administrator of the ESTATE OF TROY         )
12 PHILLIPS; TIFFANY PHILLIPS,                 )
                                               )
13      Plaintiffs,                            )
                                               )
14      vs.                                    )
                                               )
15 COUNTY OF FRESNO; MARGARET MIMS;            ) **STIPULATION AND ORDER TO**
   CORRECTIONAL OFFICER L. HERR #9899,         ) **EXTEND NON-DISPOSITIVE**
16 CORRECTIONAL OFFICER CASTRO;                ) **MOTION FILING DEADLINE**
   JOHN DOE AND RICHARD ROE,                   )
17 individually and in their official capacities as )
   correctional and classification officers of the )
18 Fresno County Sheriff's Department;         )
   EDWARD MORENO, M.D.; GEORGE                 )
19 LAIRD; PRATAP NARAYAN; NANCY POE            )
   and CARL COE, individually and in their     )
20 official capacities as health care workers in the )
   Fresno County jail system, and DOES 1-50,   )
21                                             )
        Defendants.                            )
22

23

24

25      Pursuant to the Federal Rules of Civil Procedure, the Eastern District Local Rules and

26 the Court's Amended Scheduling Order (Doc. 55), the Parties, through their respective counsel,

27 have stipulated to extend the following deadlines:

28 / / /

**Motion Deadlines:**

|  | Current Date | New Date |
|---|---|---|
| Non-Dispositive Motion Filing Deadline | January 26, 2015 | March 19, 2015 |

Good cause exists for an extension of time to file non-dispositive discovery motions. On October 16, 2014, non-expert and expert discovery deadlines were rescheduled to February 16, 2015, and March 12, 2015 (Doc. 62) respectively, however, the discovery motion filing deadline was not extended to comport with these dates.  The proposed motion filing deadline will allow the parties to complete discovery, and if necessary, file a discovery motion.

Respectfully submitted,

DATE: November 19, 2014                    Law Offices of Anthony Boskovich


By:       /s/ Anthony Boskovich
          Anthony Boskovich
          Peter Grenier (pro hac vice)
          Attorneys for Plaintiffs

DATE: November 19, 2014                    WEAKLEY & ARENDT, LLP


By:       /s/  James J. Arendt
          James J. Arendt
          Attorneys for Defendants

## ORDER

The motion to extend the non dispositive motion filing deadline is **DENIED** as unnecessary.  Non-expert and expert discovery deadlines have been extended and associated motions to compel are tied to these deadlines. Compliance with these non-expert and expert discovery deadlines requires motions to compel be filed and heard sufficiently in advance of the cutoff so that the Court may grant effective relief within the allotted discovery time. A parties' failure to have a discovery dispute heard sufficiently in advance of the discovery cutoff may result in denial of the motion as untimely.

IT IS SO ORDERED.

Dated:    **November 24, 2014**              /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE

Stipulation and Order to Extend
Non-Dispositive Motion Deadline

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Extend
Non-Dispositive Motion Deadline