James D. Weakley, Esq.     Bar No. 082853
Jim@walaw-fresno.com
James J. Arendt, Esq.      Bar No. 142937
James@walaw-fresno.com

WEAKLEY & ARENDT, LLP
1630 EAST SHAW AVE., SUITE 176
FRESNO, CALIFORNIA 93710
TELEPHONE: (559) 221-5256
FACSIMILE: (559) 221-5262

Attorneys for Defendant, COUNTY OF FRESNO, MARGARET MIMS, TOM GATTIE, RICK HILL, LUE HER, KONG YANG, BRANDON CASTRO, EDWARD MORENO, GEORGE LAIRD AND PRATAP NARAYAN

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD PHILLIPS, in his capacity as the administrator of the ESTATE OF TROY PHILLIPS; TIFFANY PHILLIPS,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF FRESNO; MARGARET MIMS; CORRECTIONAL OFFICER L. HERR #9899, CORRECTIONAL OFFICER CASTRO; JOHN DOE AND RICHARD ROE, individually and in their official capacities as correctional and classification officers of the Fresno County Sheriff's Department; EDWARD MORENO, M.D.; GEORGE LAIRD; PRATAP NARAYAN; NANCY POE and CARL COE, individually and in their official capacities as health care workers in the Fresno County jail system, and DOES 1-50,<br><br>Defendants. | CASE NO. 1:13-cv-00538 AWI BAM<br><br>**ADDENDUM TO STIPULATION FOR PROTECTIVE ORDER AND ORDER THEREON [DOC 66]** |

IT IS STIPULATED by the parties through their respective counsel, and Ordered by the Court, that this be an Addendum to the Stipulated Protective Order dated December 9, 2014 [Court Docket No. 66].

///

Addendum to Stipulated Protective Order

A. CONFIDENTIAL MATERIAL AND INFORMATION

SUBJECT TO THIS PROTECTIVE ORDER

The parties shall designate in good faith which discovery responses are confidential. The criteria for such a designation shall be whether a party believes in good faith that the information is entitled to protection from disclosure under federal and California state law, including protected health information as defined by the Health Insurance Portability and Accountability Act, 45 CFR § 160.103.

The following documents shall be subject to the provisions of the Stipulated Protective Order filed on December 9, 2014, and shall be retroactive to that date:

1. Records maintained by the Fresno County Jail and Fresno County Public Health Department which may refer to or relate to inmates' physical or mental health.

DATE: February 20, 2015              LAW OFFICES OF ANTHONY BOSKOVICH

                              By:      /s/ Anthony Boskovich
                                     Anthony Boskovich
                                     Peter Grenier (pro hac vice)
                                     Attorneys for Plaintiffs

DATE: February 20, 2015              WEAKLEY & ARENDT, LLP

                              By:      /s/ James D. Weakley
                                     James D. Weakley
                                     James J. Arendt
                                     Attorneys for Defendants

IT IS SO ORDERED.

  Dated:   **February 23, 2015**            /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE