Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, Suite 600
San Jose, California 95113
408-286-5150

Peter C. Grenier (*pro hac vice*)
Grenier Law Group PLLC
1400 L St. NW, Suite 420
Washington, DC 20005-35509
Tel: 202-768-9600

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| **RICHARD PHILLIPS, in his capacity as administrator of the ESTATE OF TROY PHILLIPS; TIFFANY PHILLIPS,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**COUNTY OF FRESNO, *et al.***<br><br>**Defendants.** | **Case No. 1:13-cv-00538-AWI-BAM**<br><br>**NOTICE OF MOTION AND MOTION TO SUBSTITUTE CLASSIFICATION OFFICER CINTHYA DIAZ AS DOE DEFENDANT**<br><br>Date: March 30, 2015<br>Time: 1:30 p.m.<br>Ctrm.: 2<br>The Honorable Anthony W. Ishii |

**TO DEFENDANTS AND THEIR ATTORNEY OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on March 30, 2015 or as soon thereafter as counsel may be heard by the above-entitled Court, plaintiffs Richard Phillips, in his capacity as the administrator of the Estate of Troy Phillip, and Tiffany Phillips will and hereby do move the Court for an order substituting "Cinthya Diaz" in place of one of the "John Doe and Richard Doe" defendants as initially named in the complaint in this matter.

This motion is based upon this Notice of Motion and Motion, the accompanying memorandum of points and authorities, the Declaration of Anthony Boskovich and the exhibits attached thereto, all pleadings and papers on file in this action, and upon such matters as may be presented to the court at the time of the hearing.

Dated: March 2, 2015

Respectfully submitted,

/s/ Anthony Boskovich

Anthony Boskovich
Peter C. Grenier (*pro hac vice*)
Attorneys for Plaintiff