Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, Suite 600
San Jose, California 95113
408-286-5150

Peter C. Grenier (*pro hac vice*)
Grenier Law Group PLLC
1400 L St. NW, Suite 420
Washington, DC 20005-3509
Tel: 202-768-9600

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| **RICHARD PHILLIPS, in his capacity as administrator of the ESTATE OF TROY PHILLIPS; TIFFANY PHILLIPS,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**COUNTY OF FRESNO, *et al.***<br><br>**Defendants.** | **Case No. 1:13-cv-00538-AWI-BAM**<br><br>**DECLARATION OF ANTHONY BOSKOVICH IN SUPPORT OF MOTION TO SUBSTITUTE CLASSIFICATION OFFICER CINTHYA DIAZ** |

**Anthony Boskovich declares:**

1. I am an attorney at law admitted to practice before this Court, the Ninth Circuit Court of Appeals, the United States Supreme Court, and all California state courts, and am the attorney of record for plaintiffs in this matter.
2. This matter involves the wrongful death of Troy Phillips, a pre-trial detainee at the Fresno County Jail.

3. When this matter was filed, I was aware of the identity of several correctional officers involved in Mr. Phillips' death, namely Correctional Officer L. Her, Correctional Officer K. Yang, and Correctional Officer Castro. I also was aware that there were likely other unknown deputies involved in Mr. Phillips' death. I named these unknown deputies as "John Doe and Richard Doe" so that their names could be substituted when I became aware of them.

4. Upon filing the initial and amended complaints in this matter, I was not aware of the identity or role of Classification Officer Cinthya Diaz's ("CO Diaz") in the events leading up to Troy Phillips' death.

5. CO Diaz's identity and/or role in the case was also not disclosed in Defendants' Rule 26 disclosures filed on November 15, 2013. Thus, the earliest time CO Diaz could be added was after discovery was propounded and Plaintiff became aware of Officer Diaz's involvement.

6. On December 11, 2014, Defendants served their initial production of documents which, for the first time, included the name of CO Diaz and information about her role in the events leading up to Troy Phillips' death.

7. Through the documents produced by Defendants, we became aware that Classification Officer Cynthia Diaz was responsible for removing Troy Phillips from segregated housing, one day after he was placed in segregated housing, and just days before his death.

8. Plaintiffs have requested that Defendants stipulate to the substitution of Classification Officer Cynthia Diaz. Defendants did not agree to this stipulation.

9. Defendants' production has been ongoing and updates continue to be made on a rolling basis, with recent productions occurring as recently as February 10 and February 18, 2015 constituting over 4,500 pages.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Dated: March 2, 2015

Respectfully submitted,

/s/ Anthony Boskovich

Anthony Boskovich
Peter C. Grenier (*pro hac vice*)
Attorneys for Plaintiff