Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, Suite 600
San Jose, California 95113
408-286-5150

Peter C. Grenier (*pro hac vice*)
Grenier Law Group PLLC
1400 L St. NW, Suite 420
Washington, DC 20005-35509
Tel: 202-768-9600

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| **RICHARD PHILLIPS, in his capacity as administrator of the ESTATE OF TROY PHILLIPS; TIFFANY PHILLIPS,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**COUNTY OF FRESNO, *et al.***<br><br>**Defendants.** | **Case No. 1:13-cv-00538-AWI-BAM**<br><br>**[PROPOSED] ORDER ON MOTION TO SUBSTITUTE CLASSIFICATION OFFICER CINTHYA DIAZ AS DOE DEFENDANT** |

Upon Plaintiffs' Motion to Substitute Classification Officer Cinthya Diaz ("Diaz") as Doe Defendant, it is hereby ORDERED that the Motion is hereby granted. Diaz shall be substituted in as a Defendant in this case.

Dated: ____________________ ______________________________________________

JUDGE OF THE UNITED STATES DISTRICT COURT