1  Anthony Boskovich, Esquire No. 121198
   Law Offices of Anthony Boskovich
2  28 N. First Street, Suite 600
   San Jose, California 95113
3  408-286-5150

4  Peter C. Grenier, Esquire (*pro hac vice*)
   Stan M. Doerrer, Esquire (*pro hac vice*)
5  GRENIER LAW GROUP PLLC
6  1400 L Street, NW
   Suite 420
7  Washington, DC 20005
   202-768-9600

8

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| **RICHARD PHILLIPS, in his capacity as administrator of the ESTATE OF TROY PHILLIPS; TIFFANY PHILLIPS,**  **Plaintiffs,**  v.  **COUNTY OF FRESNO,** *et al.*  **Defendants.** | Case No. 1:13-cv-00538-AWI-BAM  **STIPULATION AND ORDER CONTINUING HEARING DATE AND BRIEFING SCHEDULE**  Next Event  Date:         June 29, 2015  Time:         1:30 p.m.  Courtroom  2  Judge         Anthony W. Ishii |

   Pursuant to the Federal Rules of Civil Procedure and Rules 143, 144 and 230(f) of the Local Rules of the Eastern District of California, the parties hereby stipulate a modification of the hearing date and briefing schedule in this case, and state as follows:

   1.   On April 22, 2015, Plaintiffs filed their Second Amended Complaint.

   2.   On May 13, 2015, Defendants filed their Notice of Motion and Motion to Dismiss Plaintiffs' Second Amended Complaint ("Motion to Dismiss"), which set a hearing date for the motion as June 15, 2015.

3. Pursuant to Local Rule 230(f), the parties HEREBY STIPULATE that the hearing date on the Motion to Dismiss shall be continued for TWO WEEKS through to June 29, 2015.

4. The parties further HEREBY STIPULATE that the briefing schedule on the Motion to Dismiss shall be proportionately extended such that Plaintiffs' opposition shall be due on June 15, 2015 and any reply shall be due on June 22, 2015.

Dated: May 21, 2015

Respectfully submitted,

/s/ Anthony Boskovich
Anthony Boskovich, Esquire
Peter C. Grenier, Esquire (*pro hac vice*)
Stan M. Doerrer, Esquire (*pro hac vice*)

*Attorneys for Plaintiffs*

/s/ James J. Arendt
James J. Arendt, Esquire
James D. Weakley, Esquire
Weakley & Arendt, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Tel: (559) 221-5256
Fax: (559) 221-5262

*Attorneys for Defendants*

IT IS SO ORDERED.

Dated:   May 21, 2015                                   _____
                                                         SENIOR DISTRICT JUDGE