Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, Suite 600
San Jose, California 95113
408-286-5150

Peter C. Grenier (*pro hac vice*)
Stan M. Doerrer (*pro hac vice*)
Grenier Law Group PLLC
1400 L St. NW, Suite 420
Washington, DC 20005-35509
Tel: 202-768-9600

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| **RICHARD PHILLIPS, in his capacity as administrator of the ESTATE OF TROY PHILLIPS; TIFFANY PHILLIPS,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**COUNTY OF FRESNO,** *et al.*<br><br>**Defendants.** | Case No. 1:13-cv-00538-AWI-BAM<br><br>**STIPULATION AND ORDER PERMITTING THE DEPOSITION OF QUENTIN HALL, A CALIFORNIA STATE INMATE** |

Quentin Hall is a California state inmate currently housed in Valley State Prison in Chowchilla, California. Mr. Hall is a percipient witness in this matter.

This case arises from the death of pre-trial detainee Troy Phillips at the Fresno County Jail. Troy Phillips was killed by his cellmate, Jose Cuevas, in an attack that took place on February 14, 2012. After the incident, witnesses, including Quentin Hall, made statements about the attack, as well as about Mr. Phillips, Mr. Cuevas, and the conditions at the jail. Many of Quentin Hall's statements – about the attack

and those involved, about conditions in the jail, and about healthcare in the jail, etc. – are quoted extensively in the complaint. Among other things, Quentin Hall, who is a class representative in *Hall, et al. v. Mims*, 1:11-cv-02047-LJO-BAM, a class action pending in this District arising from conditions in the Fresno County Jail, stated about Mr. Cuevas that he "defecates and urinates on himself and does not use toilet paper," that guards joked about the "sex smell" coming from Mr. Cuevas' cell when they walked by, and that Mr. Cuevas had previously beat up other cell mates of his. Mr. Hall is presently confined in Valley State Prison, in Cowchilla, California. Plaintiffs' counsel has spoken with Mr. Hall's counsel in the class action and indicated that we plan to depose him. Accordingly, because Mr. Hall may have a wealth or relevant information about this case, and because he is confined in prison, Plaintiffs seek leave to depose Quentin Hall pursuant to Rule 30(a)(2)(B) and, if necessary, Rule 45 since he is a non-party in this case.

Given this,

**IT IS HEREBY STIPULATED** by and between the parties that Quentin Hall be deposed and that this Court should issue an order permitting his deposition to be taken in this matter.

Dated: November 9, 2015

Respectfully submitted,

/s/ Anthony Boskovich
Anthony Boskovich
Attorney for Plaintiff

Dated: November 9, 2015

Respectfully submitted,

/s/ James Weakley
James Weakley
Attorney for Plaintiff

### ORDER

Upon stipulation of the parties, and **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Plaintiffs are granted leave to depose Quentin Hall, a state prisoner currently confined

Stipulation and Order                                           2

at Valley State Prison in Chowchilla, California.  Fed. R. Civ. P. 30(a)(2)(B).  As the Court does not have jurisdiction over prison officials or the prison facility, Plaintiffs' counsel shall be responsible for arranging and coordinating Mr. Hall's deposition with appropriate prison officials, including the litigation coordinator at Valley State Prison.

IT IS SO ORDERED.

Dated:   **November 12, 2015**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE