Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, Suite 600
San Jose, California 95113
408-286-5150

Peter C. Grenier (*pro hac vice*)
Stan M. Doerrer (*pro hac vice*)
Grenier Law Group PLLC
1400 L St. NW, Suite 420
Washington, DC 20005-35509
Tel: 202-768-9600

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| **RICHARD PHILLIPS, in his capacity as administrator of the ESTATE OF TROY PHILLIPS; TIFFANY PHILLIPS,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**COUNTY OF FRESNO,** *et al.*<br><br>**Defendants.** | Case No. 1:13-cv-00538-AWI-BAM<br><br>**STIPULATION AND ORDER TO SUBSTITUTE AND DISMISS DEFENDANTS**<br><br>Doc. # 99 |

   This case arises out of the alleged wrongful death of pre-trial detainee Troy Phillips at the Fresno County Jail. When the initial Complaint was filed, Plaintiffs were aware of the identities of some, but not all, of the officer Defendants involved in the events leading up to Mr. Phillips' death. *See* First Amended Complaint for Violation of Civil Rights, Dkt. 39 ("Complaint"). Because Plaintiffs knew that other officers were likely involved, however, but that the identities of these officers would remain unknown until discovery had taken place, Plaintiffs named these unknown officers as "John Doe and Richard Doe"

in the Complaint, so that their names could be substituted as they became available through discovery. See Complaint, ¶¶ 14-15.

As information became available during discovery, Plaintiff learned the identity of other potential Defendants, and took steps to effectuate substitution and add Defendants. By January 15, 2015, Counsel for Plaintiffs requested that opposing counsel stipulate to this substitution of Officer Diaz in place of a John Doe and Richard Doe defendant, and Defendant did not so agree. On March 2, 2015, Plaintiff moved to substitute Classification Officer Diaz as a Doe Defendant, offering facts in support of this substitution. See Dkt. 73. Defendants opposed this motion on March 5, 2015. *See* Dkt. 77. On April 15, 2015, the Court granted Plaintiff's motion and ordered that Plaintiffs file a Second Amended Complaint within 7 days of the order, and serve Classification Officer Diaz with the Second Amended Complaint no later than May 15, 2015. *See* Dkt. 84. Plaintiffs complied with this order and filed the Second Amended Complaint on April 22, 2015. *See* Dkt. 85. Plaintiffs served the Second Amended Complaint on Defendant Diaz through her counsel.

Subsequently, information obtained in discovery identified Correctional Officer Jack Rocha as an additional person Plaintiffs wished to substitute as a Defendant for a John Doe or Richard Roe. In an effort to avoid further piecemeal changes to the complaint and to conserve the resources of the Court and the parties, Plaintiffs reached an agreement with Defense on the June 29, 2015, conference call, whereby after completion of the Rule 30(b)(6) depositions, a timeframe would be discussed by which Plaintiff could make any further amendments. *See* Plaintiffs July 6, 2015, letter and Defendants' July 8, 2015, letter. Rule 30(b)(6) depositions occurred in this case on July 13, 2015 (Lt. Duran, Part 1), September 9, 2015 (Lt. Duran, Part 2) and October 21, 2015 (David Pomaville). Plaintiffs deposed Officer Rocha on November 16, 2015. Officer Jack Rocha was a classification officer at the Fresno County Jail in 2012, and he housed Jose Cuevas in the cell with Troy Phillips, where the attack ultimately occurred. In an email exchange two days after the deposition, on November 18, 2015, the parties agreed to Plaintiffs' suggestion to substitute Correctional Officer Jack Rocha as a Defendant and drop other Defendants/claims, via a stipulation, rather than by filing a Third Amended Complaint. The deadline for Non-Expert discovery was December 18, 2015. *See* Dkt. 70.

Given this,

**IT IS HEREBY STIPULATED** by and between the parties that:

1. Correctional Officer Jack Rocha is hereby substituted as a Defendant in this case, in place of one of the "John Doe and Richard Doe" defendants as initially named in the complaint in this matter.

2. Defendant Correctional Officer L. Her, Correctional Officer K. Yang, and Correctional Officer Castro are hereby dismissed from this action.

3. All claims relating to jail staff's response to the subject incident are hereby dismissed from this action.

Dated: December 30, 2015

    Respectfully submitted,

    Anthony Boskovich
    Anthony Boskovich
    Attorney for Plaintiff

Dated: December 30, 2015

    Respectfully submitted,

    James Weakley
    James Weakley
    Attorney for Plaintiff

**ORDER**

Upon stipulation of the parties, and **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that:

1. Correctional Officer Jack Rocha is hereby substituted as a Defendant in this case, in place of one of the "John Doe and Richard Doe" defendants as initially named in the complaint in this matter.

2. Defendant Correctional Officer L. Her, Correctional Officer K. Yang, and Correctional Officer Castro are hereby dismissed from this action.

3. All claims relating to jail staff's response to the subject incident are dismissed from this action.

IT IS SO ORDERED.

Dated:   January 4, 2016                              _____
                                                    SENIOR DISTRICT JUDGE