1 | James D. Weakley, Esq.     Bar No. 082853
2 | James J. Arendt, Esq.      Bar No. 142937

Weakley & Arendt, LLP
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Jim@walaw-fresno.com
James@walaw-fresno.com

Attorneys for Defendants, COUNTY OF FRESNO, MARGARET MIMS, TOM GATTIE, RICK HILL, CINTHYA DIAZ, JACK ROCHA, EDWARD MORENO, GEORGE LAIRD AND PRATAP NARAYAN

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PHILLIPS, in his capacity as the administrator of the ESTATE OF TROY PHILLIPS; TIFFANY PHILLIPS,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF FRESNO et al.<br>     Defendants. | **CASE NO. 1:13-CV-00538 AWI BAM**<br><br>**STIPULATION AND ORDER OF PARTIAL DISMISSAL** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Parties to this action, through their attorneys of record, stipulate to the dismissal, with prejudice, of defendants Edward Moreno, George Laird and Pratap Narayan, in their individual and official capacities.

DATE: March 24, 2016                      WEAKLEY & ARENDT, LLP

                                By:    /s/ James J. Arendt
                                       James J. Arendt
                                       James D. Weakley
                                       Attorneys for Defendants

///

///

---

Stipulation and Order of Partial Dismissal

1

DATE: March 24, 2016  GRENIER LAW GROUP PLLC

By:   /s/ Stan M. Doerrer
Stan M. Doerrer (pro hac vice)
Peter Grenier (pro hac vice)
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated:   March 29, 2016   _____
SENIOR DISTRICT JUDGE