1  | Anthony Boskovich, Esquire No. 121198
Law Offices of Anthony Boskovich
2  | 28 N. First Street, Suite 600
San Jose, California 95113
3  | 408-286-5150

4

Peter C. Grenier, Esquire (*pro hac vice*)
5  | Stan M. Doerrer, Esquire (*pro hac vice*)
GRENIER LAW GROUP PLLC
6  | 1400 L Street, NW
Suite 420
7  | Washington, DC 20005
202-768-9600

8

## IN THE UNITED STATES DISTRICT COURT
9  | ## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION
10

11  |

**RICHARD PHILLIPS, in his capacity as**        )        **Case No. 1:13-cv-00538-AWI-BAM**
**administrator of the ESTATE OF TROY**          )
12  | **PHILLIPS; TIFFANY PHILLIPS,**                  )        **STIPULATION AND  ORDER**
)        **CONTINUING HEARING DATE AND**
13  |                                                 )        **BRIEFING SCHEDULE**
**Plaintiffs,**                          )
)
14  |                                                 )
**v.**                                 )        Next Event
15  |                                                 )        Date:        May 23, 2016
)        Time:        1:30 p.m.
**COUNTY OF FRESNO,** *et al.*                    )        Courtroom   2
16  |                                                 )        Judge       Anthony W. Ishii
**Defendants.**                         )
17  |                                                 )

18

       Pursuant to the Federal Rules of Civil Procedure and Rules 143, 144 and 230(f) of the Local
19

Rules of the Eastern District of California, the parties hereby stipulate a modification of the hearing date
20

and briefing schedule in this case, and state as follows:
21

       1.       On March 25, 2016, Defendants filed their Notice of Motion and Motion for Summary
22

Judgment ("Summary Judgment Motion"), which set a hearing date for the motion as April 25, 2016.
23

       2.       Pursuant to Local Rule 230(f), the parties HEREBY STIPULATE that the hearing date on
24

the Summary Judgment Motion shall be continued for THREE WEEKS through to May 23, 2016.
25

26

1        3.      The parties further HEREBY STIPULATE that the briefing schedule on the Summary

2    Judgment Motion shall be extended such that Plaintiffs' opposition shall be due on April 25, 2016 and

3    any reply shall be due on May 9, 2016.

4    Dated: March 29, 2016

5

6                                   Respectfully submitted,

7                                   /s/ Anthony Boskovich

                               Anthony Boskovich, Esquire

8                                   Peter C. Grenier, Esquire (*pro hac vice*)

                               Stan M. Doerrer, Esquire (*pro hac vice*)

9

                               *Attorneys for Plaintiffs*

10

11                                  /s/ James J. Arendt

12                                  James J. Arendt, Esquire

                               James D. Weakley, Esquire

13                                  Weakley & Arendt, LLP

                               1630 East Shaw Avenue, Suite 176

14                                  Fresno, California 93710

                               Tel: (559) 221-5256

15                                  Fax: (559) 221-5262

16

17                                  *Attorneys for Defendants*

18

19   IT IS SO ORDERED.

20   Dated:   March 31, 2016                           

21                                    SENIOR  DISTRICT  JUDGE

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING DATE AND BRIEFING
SCHEDULE

        2