Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, Suite 600
San Jose, California  95113
408- 286-5150

Peter Grenier
Bode & Grenier
1150 Connecticut Avenue, N.W., Ninth Floor
Washington, D.C. 20036
Tel: (202) 862-4316

IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RICHARD PHILLIPS, in his capacity as the administrator of the ESTATE OF TROY PHILLIPS; TIFFANY PHILLIPS,<br>                 *Plaintiffs*,<br>v.<br>COUNTY OF FRESNO; MARGARET MIMS; TOM GATTIE; RICK HILL; CORRECTIONAL OFFICER L. HER, #9899; CORRECTIONAL OFFICER K. YANG; CORRECTIONAL OFFICER CASTRO; JOHN DOE and RICHARD ROE, individually and in their capacities as correctional officers and classification officers for the Fresno County Sheriff's Department, the identities and exact numbers of whom are unknown to plaintiffs at this time; EDWARD MORENO, M.D.; GEORGE LAIRD; PRATAP NARAYAN; NANCY POE and CARL POE, individually and in their capacities as health care workers in the Fresno County jail system, the identities and exact numbers of whom are unknown to plaintiffs at this time; DOES 1-50,<br>                 *Defendants*. | No. 1:13-cv-00538-AWI-BAM<br><br>REQUEST TO SEAL DOCUMENTS AND ORDER THEREON |

      Pursuant to Local Rule 141, Plaintiffs Richard and Tiffany Phillips hereby submit the following documents to be filed under seal in this matter.  The grounds for sealing or redacting portions of the documents is that the document, or the portion redacted, are subject to the stipulated protective order

1

signed by Magistrate McAuliffe on 9 December 2014 [Docket 66], and its addendum, signed by Magistrate McAullife on 23 February 2015 [Docket 72].  The parties allowed to view the documents, the duration of the sealing, and other matters are contained in the protective order and its supplement.  The attached documents should be filed under seal or in redacted form for the following reasons:

    1.   Plaintiffs' Points and Authorities in Opposition to Defendants' Motion for Summary Judgment: Contains matters designated "Confidential" by defendants. It has been filed in redacted form [Docket 109 ];

    2.   Plaintiffs' Response to Defendants' Statement of Facts: Contains matters designated "Confidential" by defendants. It has been filed in redacted form [Docket 109-1];

    3.   Fresno County Jail Bed Assessment, FSO 18332 - 18338 [Docket 109-27]: Has been marked "Confidential" by defendants;

    4.   Offender Log for Jose Cuevas, FSO 18392 - 18397 [Docket 109-8]: Has been marked "Confidential" by defendants;

    5.  Offender Log for Jose Cuevas, FSO 18337 - 18339 [Docket 109-10]: Has been marked "Confidential" by defendants;

    6.  Psychiatric Records of Troy Phillips, Corizon 116 -133 [Docket 109-13]; Health records subject to confidentiality in Protective Order Addendum [Docket 72];

    7.   Classification Questionnaire of Jose Cuevas, FSO 820-821 [Docket 109-18]; contains psychiatric information subject to confidentiality in Protective Order Addendum [Docket 72];

    8.  Psychiatric Records of Jose Cuevas, Corizon 116 -118 [Docket 109-19]; Health records subject to confidentiality in Protective Order Addendum [Docket 72].

Said documents have either been filed in redacted form, or a "placeholder" has been filed in plaintiff's opposition to motion for summary judgment, pending this court's decision.  There are 135 pages of documents.

Plaintiffs respectfully request that the Opposition and Response to Defendants' Statement of facts be filed in its unredacted form under seal while allowing the redacted version to remain as currently filed, and that the other document be filed under seal.

Dated: 2 May 2016

                                                /s/ Anthony Boskovich

                                                Anthony Boskovich
                                                Attorney for plaintiffs

### ORDER

Upon review of the Request to Seal, and **GOOD CAUSE APPEARING**,

**IT IS ORDERED** that:

1. Plaintiffs' Points and Authorities in Opposition to Defendants' Motion for Summary Judgment [Docket 109] remain filed and that the unredacted version be filed under seal;

2. Plaintiffs' Response to Defendants' Statement of facts [Docket 109-1] remain filed and that the unredacted version be filed under seal;

3. Fresno County Jail Bed Assessment, FSO 18332 - 18338 be filed under seal as Docket 109-27;

4. Offender Log for Jose Cuevas, FSO 18392 - 18397 be filed under seal as Docket 109-8;

5. Offender Log for Jose Cuevas, FSO 18337 - 18339 be filed under seal as Docket 109-10;

6. Psychiatric Records of Troy Phillips, Corizon 116 -133 be filed under seal as Docket 109-13;

7. Classification Questionnaire of Jose Cuevas, FSO 820-821 be filed under seal as Docket 109-18;

//

//

//

8. Psychiatric Records of Jose Cuevas, Corizon 116 -118 be filed under seal as Docket 109-19.

IT IS SO ORDERED.

Dated:  May 3, 2016                           _____
                                              SENIOR DISTRICT JUDGE