1  Anthony Boskovich, Esquire No. 121198
   Law Offices of Anthony Boskovich
2  28 N. First Street, Suite 600
   San Jose, California 95113
3  408-286-5150

4  Peter C. Grenier, Esquire (*pro hac vice*)
   Stan M. Doerrer, Esquire (*pro hac vice*)
5  GRENIER LAW GROUP PLLC
   1400 L Street, NW
6  Suite 420
   Washington, DC 20005
7  202-768-9600

8

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| **RICHARD PHILLIPS, in his capacity as administrator of the ESTATE OF TROY PHILLIPS; TIFFANY PHILLIPS,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**COUNTY OF FRESNO,** *et al.*<br><br>**Defendants.** | Case No. 1:13-cv-00538-AWI-BAM<br><br>**STIPULATION AND ORDER CONTINUING PRE-TRIAL CONFERENCE DATE**<br><br>Next Event<br>Date:    May 23, 2016<br>Time:    1:30 p.m.<br>Courtroom  2<br>Judge    Anthony W. Ishii |

Pursuant to the Federal Rules of Civil Procedure and Rule 143 of the Local Rules of the Eastern District of California, the parties hereby stipulate to a requested continuance of the Pre-Trial Conference in this case, and state as follows:

1. On January 15, 2015, this Court entered the Second Amended Scheduling Order (Dkt. 70), 2016, which scheduled the Pre-Trial Conference in this case to occur on June 8, 2016, at 10:30 a.m.

2. Plaintiff's Counsel Peter C. Grenier recently learned that his daughter's graduation is to occur on this same date, in Maryland.

3. Mr. Grenier is hopeful to travel to California to attend the pre-trial conference in this case, and Plaintiff's counsel has sought (and received) Defendants' consent for a seven day continuance of the pre-trial conference to June 15, 2016, at 10:30 a.m.

4. Plaintiffs therefore request that the Pre-Trial Conference in this case be continued until June 15, 2016, at 10:30 a.m., or such other time as this Court deems necessary. The parties HEREBY STIPULATE to this request.

Dated: May 17, 2016

Respectfully submitted,

/s/ Anthony Boskovich

Anthony Boskovich, Esquire
Peter C. Grenier, Esquire (*pro hac vice*)
Stan M. Doerrer, Esquire (*pro hac vice*)

*Attorneys for Plaintiffs*

/s/ James D. Weakley

James D. Weakley, Esquire
James J. Arendt, Esquire
Weakley & Arendt, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Tel: (559) 221-5256
Fax: (559) 221-5262

*Attorneys for Defendants*

IT IS SO ORDERED.

Dated:   May 17, 2016                    _____
                                          SENIOR DISTRICT JUDGE