Anthony Boskovich, Esquire No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, Suite 600
San Jose, California 95113
408-286-5150

Peter C. Grenier, Esquire (*pro hac vice*)
Stan M. Doerrer, Esquire (*pro hac vice*)
GRENIER LAW GROUP PLLC
1400 L Street, NW
Suite 420
Washington, DC 20005
202-768-9600

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| **RICHARD PHILLIPS, in his capacity as administrator of the ESTATE OF TROY PHILLIPS; TIFFANY PHILLIPS,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**COUNTY OF FRESNO,** *et al.*<br><br>**Defendants.** | Case No. 1:13-cv-00538-AWI-BAM<br><br>**STIPULATION AND ORDER CONTINUING DEADLINE FOR FINAL DISMISSAL PAPERS** |

Pursuant to the Federal Rules of Civil Procedure and Local Rules 160 and 272 of the Local Rules of the Eastern District of California, the parties hereby stipulate to a requested continuance of the deadline for filing final dismissal papers, and state as follows:

1.  On June 29, 2016, Plaintiffs filed the Notice of Settlement in this action indicating that the Parties had agreed to settlement of all claims. Dkt. 122.

2.  On June 30, 2016, the Court issued a Minute Order ordering that the Parties, no later than July 20, 2016, file appropriate papers to dismiss or conclude this action in its entirety. Dkt. 123.

3. In that Order, the Court also vacated all pending dates and matters.

4. In furtherance of settlement and pursuant to this Court's orders, the parties have since finalized and agreed on an appropriate release acceptable to all parties.

5. As of July 20, 2016, the settlement has not been fully effectuated, in spite of the parties' diligent efforts.

6. Accordingly, the Parties request an additional 14 days, through August 3, 2016, to effectuate the settlement and file appropriate papers to dismiss or conclude this action in its entirety.

7. The previously scheduled trial was not set to begin until August 16, 2016.

8. The parties HEREBY STIPULATE to this request.

Dated: July 20, 2016

Respectfully submitted,

/s/ Stan M. Doerrer

Stan M. Doerrer, Esquire (*pro hac vice*)
Peter C. Grenier, Esquire (*pro hac vice*)
Anthony Boskovich, Esquire

*Attorneys for Plaintiffs*

/s/ James D. Weakley

James D. Weakley, Esquire
James J. Arendt, Esquire
Weakley & Arendt, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Tel: (559) 221-5256
Fax: (559) 221-5262

*Attorneys for Defendants*

**ORDER**

Based on the above stipulation of the parties, and for good cause appearing, the parties' joint stipulation requesting an additional fourteen-days in which to file finalize their settlement agreement and file their dismissal documents is GRANTED. (Doc. 124). The parties' dismissal documents SHALL be filed no later than August 3, 2016.

IT IS SO ORDERED.

Dated: **July 22, 2016**              /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE