1

2

3

4

5          **UNITED STATES DISTRICT COURT**

6          **EASTERN DISTRICT OF CALIFORNIA**

7

8    **RICHARD PHILLIPS, et al.,**          **CASE NO. 1:13-CV-0538  AWI BAM**

9                    **Plaintiffs,**

10          **v.**                          **ORDER CLOSING CASE IN LIGHT OF
                                            STIPULATION FOR DISMISSAL WITH
11   **COUNTY OF FRESNO, et al.,**          PREJUDICE**

12                   **Defendants.**        (Doc. No. 126)

13

14

15          On August 2, 2016, the parties filed a stipulation for dismissal of this entire case with

16   prejudice under Rule 41(a)(1)(A)(ii).  See Doc. No. 126.

17

18          Rule 41(a)(1), in relevant part, reads:

19
     (A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a
20   notice of dismissal before the opposing party serves either an answer or a motion
     for summary judgment; or (ii) a stipulation of dismissal signed by all parties who
21   have appeared. . . . (B) Unless the notice or stipulation states otherwise, the
     dismissal is without prejudice.
22

23   Dismissals under Rule 41(a)(1)(A), when properly filed, are effective immediately and do not

24   require a court order/court approval.  See Fed. R. Civ. P. 41(a)(1); Yesh Music v. Lakewood

25   Church, 727 F.3d 356, 362 (5th Cir. 2013); Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d

26   1074, 1077 (9th Cir. 1999); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); In re

27   Wolf, 842 F.2d 464, 466 (D.C. Cir. 1989).

28

Here, all parties in this case have signed the stipulated dismissal.  <u>See</u> Doc. No. 126. Because all parties have signed the stipulated dismissal with prejudice, this case has terminated automatically.  <u>See</u> Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Yesh Music</u>, 727 F.3d at 362; <u>Commercial Space</u>, 193 F.3d at 1077.

Therefore, IT IS HEREBY ORDERED that  the Clerk shall CLOSE this case in light of the parties' properly filed and signed Rule 41(a)(1)(A)(ii) Stipulation Of Dismissal With Prejudice.

IT IS SO ORDERED.

Dated:   August 3, 2016         _____

                                SENIOR  DISTRICT  JUDGE